# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Francis Kaess | |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:22-cv-51 |
| Jay-Bee Oil & Gas, Inc. et. al. | |
| *Defendant(s)* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other: Judgment in favor of Defendant BB Land, LLC as to a port of Count One, as set forth in the Court's Memorandum Opinion and Order (ECF No. 59). It is DIRECTED that the case shall be DISMISSED WITHOUT PREJUDICE and STRICKEN from the Court's active docket.

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge   Thomas S. Kleeh

Date: June 10, 2025

CLERK OF COURT
Cheryl Dean Riley

\s\  M. Sinsel

*Signature of Clerk or Deputy Clerk*